# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159549(46)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ESQUIRE DEVELOPMENT AND
CONSTRUCTION, INC.,
            Petitioner-Appellant,

v                                                           SC: 159549
                                                            COA: 343173
                                                            Tax Tribunal: 14-005644-TT;
                                                                15-004504-TT
CITY OF MASON,
            Respondent-Appellee.
_____/

            On order of the Chief Justice, the motion of petitioner-appellant to file an application for leave to appeal in excess of the page limitation is GRANTED. The 62-page application submitted on May 7, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____ May 10, 2019 _____

                                                            Clerk